IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J & J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF

V.                                    4:09CR00808 JMM

CHARLES W. WEBB, et al,                                           DEFENDANTS

### ORDER

After consideration of the motion to admit counsel Thomas P. Riley, pro hac vice, and it appearing to the Court that this attorney meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion (Docket # 4) should be, and hereby is, GRANTED.

SIGNED this 9th day of November 2009.

_____
UNITED STATES DISTRICT JUDGE