IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

J&J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF

V.                              4:09CV00808 JMM

CHARLES W. WEBB, et al                                          DEFENDANTS

## DEFAULT JUDGMENT

Plaintiff served Defendants by process server on February 10, 2010. (Docket # 10, 11). The Defendants have not filed an Answer or any other entry of appearance to date. The Clerk's Entry of Default was filed on March 9, 2010.

Pursuant to Rule 55(b)(2), the Plaintiff's Motion for Default Judgment (Docket # 14) is GRANTED. Judgment is hereby entered in favor of the Plaintiff and against Defendants in the amount of $10,000.00. This total includes statutory damages for violation of Title 47 U.S.C. § 605(e)(3)(B)(iii) and (c)(ii) and for the tort of conversion.

IT IS SO ORDERED this 7th day of July, 2010.

*[signature]*
James M. Moody
United States District Judge