IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

J & J SPORTS PRODUCTIONS, INC.                                             PLAINTIFF

v.                          CASE NO. 4:09-CV-00808-BSM

CHARLES W. WEBB                                                            DEFENDANT

## ORDER

J & J Sports Productions, Inc.'s application for renewal of judgment [Doc. No. 17] is granted, and the period of enforceability of the judgment [Doc. No. 15] is extended for 10 years from July 2, 2020.

IT IS SO ORDERED this 4th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE